# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| DANA RAVIZEE, individually and on behalf of all others similarly situated, | 7:24-cv-00759 |
| Plaintiff, | Hon. Annemarie Carney Axon |
| - against - | **NOTICE OF VOLUNTARY DISMISSAL** |
| BLUE DIAMOND GROWERS, | |
| Defendant | |

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   November 19, 2024

                                                Respectfully submitted,

                                                The Frankowski Firm LLC
/s/ Richard Frankowski
Richard Frankowski
richard@frankowskifirm.com
231 22nd Street South
Suite 203
Birmingham, AL 35233
Tel: (205) 390-0399

## Certificate of Service

I certify that on November 19, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Richard Frankowski